**No. 56027.**—John Breuner Co. et al. *v.* United States, protests 163412–K, etc. (San Francisco).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.